UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-60168-CR-COHN/GOODMAN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

RONALD GABEL,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DENYING MOTION TO SUPPRESS

**THIS CAUSE** is before the Court on the Amended Report and Recommendation of United States Magistrate Judge Jonathan Goodman [DE 62] ("Report and Recommendation") regarding Defendant Ronald Gabel's Motion to Suppress [DE 31-33] ("Motion"). Pursuant to 28 U.S.C. § 636(b)(1) (2006), the Court has conducted a *de novo* review of the record herein, including the Motion [DE 31-33], the Appendices to the Motion [DE 34-41], the Amended Report and Recommendation [DE 62], and is otherwise advised in the premises. The Court notes that no objections to the Report and Recommendation have been filed, and the time for filing such objections has passed. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Amended Report and Recommendation of United States Magistrate Judge Jonathan Goodman [DE 62] is hereby **ADOPTED**. Mr. Gabel's Motion to Suppress [DE 31-33] is **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of October, 2010.

JAMES I. COHN
United States District Judge

Copies provided to:
Counsel of record via CM/ECF